AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Victor Juarez-Sanchez,<br>a.k.a.: Victor Juarez Sanchez,<br>(A098 915 188)<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No.  17 - 9468 mj

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 18, 2017 in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Victor Juarez-Sanchez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about May 11, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY:  Charles E. Bailey, P.S. for SAUSA Ryan J. Goldstein

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  September 22, 2017

_____
*Judge's signature*

City and state:  Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 18, 2017, Victor Juarez-Sanchez was booked into the Maricopa County Jail (MCJ) facility by the Phoenix Police Department on local charges. While in custody at the MCJ, Juarez-Sanchez was encountered by ICE Officer W. Rojo who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On September 21, 2017, Juarez-Sanchez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Juarez-Sanchez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Victor Juarez-Sanchez to be a citizen of Mexico and a previously deported criminal alien. Juarez-Sanchez was removed from the United States to Mexico at or near Del Rio, Texas, on or about May 11, 2012,

1

pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Juarez-Sanchez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Juarez-Sanchez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Victor Juarez-Sanchez was convicted of Attempted Burglary in the 3rd Degree, and Criminal Damage, both felony offenses, on June 8, 2005, in the Superior Court of Arizona, Yavapai County. Juarez-Sanchez was sentenced to nine (9) months' incarceration. Juarez-Sanchez's criminal history was matched to him by electronic fingerprint comparison.

5. On September 21, 2017, Victor Juarez-Sanchez was advised of his constitutional rights. Juarez-Sanchez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 18, 2017, Victor Juarez-Sanchez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about May 11, 2012, and not having obtained the

2

express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and

enhanced by (b)(1).


Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 22nd day of September, 2017.

Eileen S. Willett,
United States Magistrate Judge